UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ODN I Perfurações Ltda., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding | Chapter 15<br><br>Case No. 23-10557 (DSJ)<br><br>(Jointly Administered) |

## ORDER CLOSING CHAPTER 15 CASES

Upon consideration of the *Final Report of the Foreign Representative and Presentment of Order Closing Chapter 15 Cases* (the "Final Report")[2] and due and sufficient notice of the Final Report having been given; and no objections or responses to the Final Report having been filed; and it appearing that the relief requested in the Final Report is in the best interests of the Debtors and other parties in interest in the Chapter 15 Cases; and after due deliberation and sufficient cause appearing therefor,

**THIS COURT FINDS AND CONCLUDES THAT:**

A.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334 and section 1501 of the Bankruptcy Code.

B.  This is a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

C.  Venue is proper pursuant to 28 U.S.C. § 1410.

D.  The Closing Date occurred on June 7, 2023.

---

[1] The debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with each debtor's tax identification or corporate registry number, are: ODN I Perfurações Ltda. (CNPJ/ME No. 11.165.868/0001-68) ("ODN I Perfurações"), Odebrecht Drilling Norbe VIII/IX Ltd. (No. MC 245888) ("Norbe VIII/IX"), Odebrecht Drilling Norbe Eight GmbH (No. FN 34216i) ("Norbe Eight"), Odebrecht Drilling Norbe Nine GmbH (No. FN 342214g) ("Norbe Nine"), Odebrecht Offshore Drilling Finance Limited (No. MC 277889) ("OODFL"), ODN I GmbH (No. FN 321008x) ("ODN I"), Odebrecht Drilling Norbe Six GmbH (No. FN 347728s) ("Norbe Six"), and ODN Tay IV GmbH (No. FN 353359x) ("Tay IV").

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Final Report.

1

E.  Appropriate notice of the Final Report was given, which notice is adequate for all purposes, and no other or further notice need be given.

F.  Thirty (30) days have passed since the Foreign Representative filed a certificate of service in respect of the Final Report, and no objections have been filed.

G.  The Chapter 15 Cases have been fully administered.

**IT IS HEREBY ORDERED THAT:**

1.  The Chapter 15 Cases are closed pursuant to sections 350 and 1517(d) of the Bankruptcy Code, without prejudice to reopening pursuant to section 350. The Office of the Clerk of the Court is respectfully directed to close the above-captioned cases.

2.  All orders entered by this Court in the Chapter 15 Cases, including the Recognition Order, shall survive entry of this Order.

3.  This Court shall retain jurisdiction with respect to the effect, enforcement, amendment, or modification of this order, the Recognition Order and any other request for additional relief in or related to the Chapter 15 Cases.

Dated: New York, New York
September 18, 2023

                *s/ David S. Jones*
                Honorable David S. Jones
                United States Bankruptcy Judge